■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDDIE SHELLMAN, Appellant. [20 NYS3d 533]—Order, Supreme Court, New York County (Anthony J. Ferrara, J.), entered on or about August 20, 2013, which adjudicated defendant a level two sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion when it declined to grant a downward departure (*see People v Gillotti*, 23 NY3d 841 [2014]). The mitigating factors cited by defendant were adequately taken into account by the guidelines, or did not warrant a downward departure given the seriousness of the underlying conduct, in which defendant abused his position of authority by repeatedly engaging in sexual activity with his 13-year-old dance student (*see e.g. People v Brown*, 122 AD3d 536 [1st Dept 2014], *lv denied* 24 NY3d 915 [2015]). Concur—Friedman, J.P., Andrias, Gische and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL ORTIZ, Appellant. [20 NYS3d 534]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael Obus, J.), rendered on or about August 1, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Andrias, Gische and Kapnick, JJ.